DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANTE AUSTIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1424

[February 19, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward H. Merrigan, Jr., Judge; L.T. Case No. 20-011148CF10A.

Daniel Eisinger, Public Defender, and Erika Follmer, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Sorraya M. Solages-Jones, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Linic v. State*, 80 So. 3d 382, 392 (Fla. 4th DCA 2012) ("The control of comments during closing argument is within the trial court's discretion and an appellate court will not interfere unless an abuse of discretion is shown."); *Rivera v. State*, 336 So. 3d 738, 740–41 (Fla. 4th DCA 2022) ("Any claim of insufficient evidence [with respect to a public defender fee] under section 938.29(1)(a), Florida Statutes (2020), or lack of notice of the right to a hearing under Florida Rule of Criminal Procedure 3.720(d)(1) was invited error more appropriately addressed in a rule 3.850 motion.").

GERBER, CONNER and FORST, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*